UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

_____

FREDRIC TRAVIS,

      Petitioner,

**V.**                        Case No.   3:20-05071-CV-RK

SONNY PERDUE, SECRETARY;
AND DEPARTMENT OF AGRICULTURE,
OFFICE OF ADJUDICATION;
      Respondent.

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X___ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

      The Court finds that Plaintiff's allegations, construed liberally and accepted as true, fail to show he is entitled to relief. Plaintiff's complaint and the attached charges do not contain sufficient factual matter, accepted as true, to "'state a claim for relief that is plausible on its face.'" Iqbal, 556 U.S. at 678 (quoting Twombly, 550 U.S. at 570).

      Accordingly, Defendant's motion to dismiss is GRANTED and the case is DISMISSED.

      **IT IS SO ORDERED.**

Dated: February 1, 2021         /s/ Paige Wymore-Wynn_____
                                      Clerk of the Court

Entered: April 20, 2021         /s/ LaTandra Wheeler_____
                                        Deputy Clerk